## 32968. NORRIS v. NORRIS.

NICHOLS, Chief Justice.

The former wife appeals from the trial court's final judgment and decree of divorce which awarded her $15,000 in cash and various items of personalty.

Her sole enumeration of error is that the award is not in accordance with her needs and her former husband's ability to pay. Since there was no transcript taken of the evidence in this case, we cannot pass on the appellant's contentions.

*Judgment affirmed. All the Justices concur.*

ARGUED NOVEMBER 17, 1977 — DECIDED
NOVEMBER 28, 1977.

*Gaskill & Walker, Don G. Gaskill,* for appellant.
*C. Patrick Milford,* for appellee.